FILED: July 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1463

GRAHAM MICHAEL,

    Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

O R D E R

Graham Michael, a native and citizen of Papua New Guinea, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of Michael's applications for withholding of removal and protection under the Convention Against Torture.

The Attorney General moves to dismiss the petition for review for lack of jurisdiction on the ground that Michael is removable as an aggravated felon. Because Michael has not yet filed his brief, we find the Attorney General's motion to be premature and therefore defer action on the motion to dismiss.

For the Court

/s/ Patricia S. Connor, Clerk